UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HENRY MASON,

Petitioner,

v.

JEREMY BEAN, *et al.*,

Respondents.

Case No. 2:26-cv-00446-ART-BNW

ORDER

Henry Mason, an individual incarcerated at Nevada's High Desert State Prison, initiated this federal habeas corpus action, *pro* se, on February 18, 2026, by filing an application to proceed *in forma pauperis* (ECF No. 1) along with a petition for writ of habeas corpus (ECF No. 1-1) and a motion for appointment of counsel (ECF No. 1-2).

On February 23, finding that Mason has the ability to pay the $5 filing fee, the Court denied Mason's application to proceed *in forma pauperis*, and gave him 45 days to pay the fee. (ECF No. 5.) In that order, the Court noted that it appeared that Mason may have intended to file his petition in state court rather than in this federal court. (*Id.*)

Indeed, on February 26, Mason filed a motion confirming that he meant to file his petition in state court and requesting that this action be voluntarily dismissed. (ECF No. 6.) Under Federal Rule of Civil Procedure 41(a)(1), a petitioner may voluntarily dismiss an action without court order at any time before the respondents have filed an answer or motion for summary judgment. The respondents have not yet appeared in this action and so have filed neither. Mason's motion for voluntary dismissal will therefore be granted, and this action will be dismissed without prejudice.

It is therefore ordered that Petitioner's Motion to Dismiss (ECF No. 6) is granted. This action is dismissed without prejudice. The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 1st day of March 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2